Brendan A. Melander, SBN 034777
HUSCH BLACKWELL LLP
2415 E. Camelback Road, Suite 500
Phoenix, AZ 85016
Telephone: 480-824-7890
brendan.melander@huschblackwell.com

*Attorney for Plaintiff Jet Aviation Flight Services, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jet Aviation Flight Services, Inc., *Plaintiff,* v. 7BD, LLC; DePonte Investments, Inc.; 7 Bravo Delta LLLP; Brent DePonte, *Defendants*. | No. _____ **COMPLAINT** (Demand for Jury Trial) |

Plaintiff Jet Aviation Flight Services, Inc. ("Jet Aviation"), by and through counsel, hereby files this Complaint against Defendants 7BD, LLC, DePonte Investments, Inc., 7 Bravo Delta LLLP, and Brent DePonte (collectively, "Defendants"), and in support thereof states as follows:

**PARTIES**

1. Jet Aviation is a corporation organized and existing under the laws of the State of Maryland. It has its principal place of business in Teterboro, New Jersey.

2. 7BD, LLC is a limited liability company organized and existing under the laws of the State of New Mexico. Its mailing address is listed at 7411 Jefferson St. NE,

- 1 -

HB: 4886-4800-7751.1

Albuquerque, NM 87109 and its registered agent is Brent DePonte. 7BD, LLC is the registered owner of a Dassault Falcon 2000 Classic (Aircraft Registration Number N797BD) and a Dassault Falcon 900EX (Aircraft Registration Number N7BD). 7BD, LLC stored the two aircraft described above in Scottsdale, Arizona.

3.  DePonte Investments, Inc. is a corporation organized and existing under the laws of the State of New Mexico. Its mailing address is listed at 7411 Jefferson St. NE, Albuquerque, NM 87109 and its registered agent is Brent DePonte. DePonte Investments, Inc. operated the Dassault Falcon 2000 Classic (Aircraft Registration Number N797BD) and the Dassault Falcon 900EX (Aircraft Registration Number N7BD) which were stored in Scottsdale, Arizona.

4.  7 Bravo Delta LLLP is a limited liability limited partnership organized and existing under the laws of the State of New Mexico. Its mailing address is listed at 7411 Jefferson St. NE, Albuquerque, NM 87109 and its registered agent is Brent DePonte. Upon information and belief, 7 Bravo Delta LLLP is the entity setup to manage or is otherwise affiliated with 7BD, LLC and DePonte Investments, Inc.

5.  Brent DePonte is the registered agent and operator of 7BD, LLC, DePonte Investments, Inc., and 7 Bravo Delta LLLP. Mr. DePonte has substantial and total control over the management and activities of the above entities.

6.  As set forth in detail below, Defendants entered into various contractual agreements with Jet Aviation, including: A) Aircraft Services Agreement, dated March 30, 2021; and B) Aircraft Services Agreement, dated October 26, 2021 (collectively, the "Agreements"). True and correct copies of the Agreements are attached to this Complaint as **Exhibit A** and **Exhibit B**.

HB: 4886-4800-7751.1

## VENUE AND JURISDICTION

7. Jurisdiction is proper in the District of Arizona pursuant to 28 U.S.C. § 1332 because the amount in controversy ($1,379,545.33) far exceeds the jurisdictional requirements.

8. Jurisdiction is further proper in the District of Arizona pursuant to 28 U.S.C. § 1332 because complete diversity exists – Jet Aviation is a citizen of Maryland and New Jersey. Defendants are citizens of New Mexico.

9. Venue is proper in this court pursuant to 28 U.S.C. § 1391 because the two aircraft at issue were stored and operated in Scottsdale, Arizona. Venue is further proper because Jet Aviation provided services in Arizona, and the events surrounding this dispute took place in Arizona.

## FACTUAL ALLEGATIONS

10. Jet Aviation specializes in providing aircraft services, including maintenance and management services.

11. 7BD, LLC owns two aircraft, including a Dassault Falcon 2000 Classic (Aircraft Registration Number N797BD) and a Dassault Falcon 900EX (Aircraft Registration Number N7BD).

12. On March 30, 2021, Jet Aviation and 7BD, LLC entered into an Aircraft Services Agreement to service the Dassault Falcon 2000 Classic (Aircraft Registration Number N797BD). (**Exhibit A.**)

13. DePonte Investments, Inc. was listed as the operator in the March 30, 2021 Aircraft Services Agreement. (**Exhibit A.**)

HB: 4886-4800-7751.1

14. On October 26, 2021, Jet Aviation and 7BD, LLC entered into an Aircraft Services Agreement to service the Dassault Falcon 900EX (Aircraft Registration Number N7BD). (**Exhibit B.**)

15. DePonte Investments, Inc. was listed as the operator in the October 26, 2021 Aircraft Services Agreement. (**Exhibit B.**)

16. During all relevant times, 7 Bravo Delta LLLP was responsible for the management of 7BD, LLC and DePonte Investments, Inc. 7 Bravo Delta LLLP was also responsible for Defendants' compliance with the Agreements.

17. During all relevant times, Brent DePonte owned and operated 7BD, LLC, DePonte Investments, Inc., and 7 Bravo Delta LLLP. Jet Aviation communicated directly with Brent DePonte.

18. During all relevant times, Defendants were collectively responsible for performing under the Agreements.

19. During all relevant times, the two aircraft at issue were stored at and operated out of a hangar in Scottsdale, Arizona.

20. In furtherance of the Agreements, Jet Aviation provided services to Defendants in Arizona and elsewhere.

21. Jet Aviation provided monthly invoices to Defendants for all services rendered, as outlined in the Agreements.

22. Defendants failed to perform or otherwise provide full payments for the services rendered under the Agreements.

23. Defendants incurred an outstanding balance, including interest, under the Agreements.

- 4 -

HB: 4886-4800-7751.1

24. On or about May 10, 2022, Jet Aviation recorded a valid lien with the Federal Aviation Administration (the "Lien"). A true and correct copy of the Lien is attached as **Exhibit C**.

25. Jet Aviation had numerous discussions with Defendants in an attempt to induce Defendants' performance under the Agreements, to no avail.

26. On or about November 18, 2022, Jet Aviation informed Defendants the balanced owed under the Agreements totaled $1,609,395.78.

27. In response, on or about November 23, 2022, Defendants only made a $250,000.00 payment to Defendants.

28. To date, Defendants outstanding balance owed to Jet Aviation pursuant to the Agreements is over $1,379,545.33.

## COUNT I – BREACH OF CONTRACT

29. Jet Aviation incorporates by reference each and every allegation contained in the preceding paragraphs as though fully set forth herein.

30. The Agreements are valid and enforceable.

31. Jet Aviation performed its duties and obligations under the Agreements by providing management and maintenance services.

32. Jet Aviation sent monthly invoices to Defendants outlining all services rendered and the amount due by Defendants.

33. Defendants breached the Agreements with Jet Aviation by failing to perform, including by failing to remit payments for all services rendered.

HB: 4886-4800-7751.1

34. As a result of Defendants' breaches of the Agreements, Jet Aviation has been harmed and damaged in an amount to be determined at trial, in the amount of at least $1,379,545.33.

35. As a result of Defendants' breaches of the Agreements, Jet Aviation is entitled to interest, attorneys' fees under A.R.S. § 12-341.01, and costs.

## DEMAND FOR JURY TRIAL

Jet Aviation requests a trial by jury on all issues so triable

## PRAYER FOR RELIEF

WHEREFORE, Jet Aviation prays the Court:

i. Award Jet Aviation damages for Defendants' breaches of the Agreements, in the amount of at least $1,379,545.33;

ii. Award Jet Aviation any other monetary damages in an amount according to proof at trial;

iii. Award Jet Aviation its interest in an amount according to proof at trial;

iv. Award Jet Aviation its attorneys' fees and costs incurred in investigating this matter and litigating this lawsuit pursuant to A.R.S. § 12.341.01; and

v. Award Jet Aviation any other relief that this Court deems just and proper.

RESPECTFULLY SUBMITTED on January 10, 2023.

By: /s/ *Brendan A. Melander*
Counsel of Record
Brendan A. Melander, SBN 034777
2415 E. Camelback Road, Suite 500
Phoenix, AZ  85016
Telephone: 480-824-7890

HB: 4886-4800-7751.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all parties of record via the Court's electronic filing system on this 10th day of January, 2023.

                                      /s/ Brendan A. Melander
                                      *Attorney for Plaintiff*

HUSCH BLACKWELL LLP
2415 E. CAMELBACK ROAD, SUITE 500
PHOENIX, AZ 85016
(480) 824-7890

HB: 4886-4800-7751.1